UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THE CHATTANOOGA SPINE AND NERVE INSTITUTE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-00055-TRM-CHS ) ) |
| JONATHAN L. GRASS and FISH TALES, LLC, | ) Judge McDonough ) Magistrate Judge Steger ) ) JURY DEMANDED |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff The Chattanooga Spine and Nerve Institute, Inc. and Defendants Jonathan L. Grass and Fish Tales, LLC, by their undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this lawsuit and all claims therein are dismissed with prejudice, with all Parties to bear their own fees and costs.

This the 26th day of June, 2018.

Respectfully Submitted,

| | |
|---|---|
| LAW OFFICE OF STEPHEN S. DUGGINS | MILLER & MARTIN PLLC |
| By: s/ Stephen S. Duggins  (Stephen S. Duggins, #13222) 8052 Standifer Gap Road, Suite B Chattanooga, TN 37421 (423) 635-7113 (t) (423) 635-7114 (f) steve@sdugginslaw.com | By: s/ Neil A. Brunetz with permission  (Neil A. Brunetz, #21404) 832 Georgia Ave., Suite 1200 Chattanooga, TN 37402 (423) 785-6600 (t) (423) 785-8480 (f) Neil.Brunetz@millermartin.com |

1

## CERTIFICATE OF SERVICE

I certify that the foregoing stipulation of dismissal is or will be served on all counsel of record electronically via the Court's ECF system on this 26th day of June, 2018.

__s/ Stephen S. Duggins_____

2

Case 1:17-cv-00055-TRM-CHS   Document 191   Filed 06/26/18   Page 2 of 2   PageID #: 1869